UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           Case No. 2:09-cr-00268-01

       Plaintiff,                **ORDER FOR RELEASE OF PERSON**
  v.                                  **IN CUSTODY**

DIEGO TAYLOR,

       Defendant.
_____/

TO: THE UNITED STATES MARSHAL SERVICE.

    This is to authorize and direct you to release DIEGO TAYLOR, Case No. 2:09-cr-00268-01, from custody for the following reasons:

        ____     Release on Personal Recognizance

        ____     Bail Posted in the Sum of $____

        ____     Unsecured Appearance Bond

        ____     Appearance Bond with 10% Deposit

        ____     Appearance Bond with Surety

        ____     Corporate Surety Bail Bond

        _X_     (Other):

    1.   Defendant is released from custody to the probation officer who will transport the offender to, The Effort, Inc., where he shall reside and participate in a residential drug treatment program for a period of 90 days.

    Issued at Sacramento, California on January 7, 2010 at 9:32 a.m.

                                    Dated: January 7, 2010

                                    _____
                                    MORRISON C. ENGLAND, JR.
                                    UNITED STATES DISTRICT JUDGE