UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
March 23, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                          )<br>            Plaintiff,                          )<br>v.                                                     )<br>                                                          )<br>DIEGO JESUS ALBERT TAYLOR , )<br>                                                          )<br>            Defendant.                      ) | Case No. 2:09-CR-00268-MCE<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>DIEGO JESUS ALBERT TAYLOR</u>, Case No. <u>2:09-CR-00268-MCE</u>, Charge <u>Title 18 USC § 3606</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    **X**    Release on Personal Recognizance

    __    Bail Posted in the Sum of $_____

           __    Unsecured Appearance Bond

           __    Appearance Bond with 10% Deposit

           __    Appearance Bond with Surety

           __    Corporate Surety Bail Bond

    **X**    (Other)   <u>Still on Supervised Release w/ Conditions.</u>

Issued at <u>Sacramento, CA</u> on <u>March 23, 2010</u> at <u>2:30</u> pm.

By  <u>Dale A. Drozd</u>
       Dale A. Drozd
       United States Magistrate Judge